IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01217-LTB-KLM

TERRENCE S. REDWINE,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record in *People v. Redwine*, Denver District Court Case No. 07CR7213, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)    Denver District Court
        1437 Bannock St., Room 256
        Denver, CO 80202

(2) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202.

DATED September 11, 2012, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court