IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01217-LTB-KLM

TERRENCE S. REDWINE,

    Applicant,

v.

ANGEL MEDINA (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN W. SUTHERS,

    Respondents.

## SECOND ORDER FOR ANSWER

On September 11, 2012, the Court entered an order (ECF No. 23) in this action to dismiss in part and for an answer. The September 11 order specifically directed that the answer was to be filed within thirty days of the filing of the state court record and fully address the merits of exhausted claim three, the only remaining claim. *Id.* at 7.

The state record was filed on October 12, 2012 (ECF No. 25). Therefore, by the Court's calculations, the answer should have been filed on November 11, 2012. According to the Court's docketing records, no answer has yet been filed. Therefore, Respondents will be allowed fourteen days from the date of this order in which to submit their answer.

Accordingly, it is

ORDERED that Respondents are directed to file an answer in compliance with Rule 5 of the Rules Governing Section 2254 Cases that fully addresses the merits of exhausted claim three, the only remaining claim, **within fourteen (14) days from the**

**date of this order**. It is

FURTHER ORDERED that **within thirty days** of the filing of the answer Applicant, Terrence S. Redwine, may file a reply, if he desires.

DATED at Denver, Colorado, this  19th  day of    November   , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court