IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01217-LTB-KLM

TERRENCE S. REDWINE,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR SUPPLEMENTAL STATE COURT RECORD

---

    On September 11, 2012, after preliminary consideration of the amended application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, this Court ordered that within thirty days from the date of this order Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record in *People v. Redwine*, Denver District Court Case No. 07CR7213, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

    It has come to the Court's attention that the record submitted on October 12, 2012, is missing the complete transcript from the second revocation hearing held on June 16, 2009, after which Applicant's probation was revoked a second time and he was resentenced to a four-year prison sentence, plus sixty months of mandatory parole. This June 16, 2009, transcript is pertinent to the remaining claim in Applicant's

amended application currently pending before the Court.

Accordingly, it is

ORDERED that **within fourteen (14) days from the date of this order**, Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete transcript from the second revocation hearing held on June 16, 2009, in *People v. Redwine*, Denver District Court Case No. 07CR7213.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)  Denver District Court
     1437 Bannock St., Room 256
     Denver, CO 80202

(2)  Court Services Manager
     State Court Administrator's Office
     101 W. Colfax, Ste. 500
     Denver, Colorado  80202.

DATED April 11, 2013, at Denver, Colorado.

BY THE COURT:

\_\_\_s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court